IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OTIS FOSTER                                                                                          PLAINTIFF

V.                                              NO: 4:06CV01108

UNUM LIFE INSURANCE COMPANY
OF AMERICA                                                                                       DEFENDANT

### ORDER

On stipulation of the parties (docket # 6) and it appearing to the Court that the matter has been settled, this case is hereby dismissed with prejudice. Each party to bear their own attorney's fees and costs.

IT IS SO ORDERED this 5th day of December, 2006.

James M. Moody
United States District Judge